# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | |
| Plaintiff, | **8:21CV311** |
| vs. | **AMENDED CASE PROGRESSION ORDER** |
| **TERRY MICHAEL SVEJDA, and CENTURION CAPITAL MANAGEMENT, INC.,** | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulation to Modify Case Progression Order (Filing No. 39). After review of the stipulation, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Joint Motion to Extend the Progression Order (Filing No. 39). is granted, and the case progression order is amended as follows:

**IT IS ORDERED** the case progression order is as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is **May 31, 2022**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **June 13, 2022**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **October 11, 2022**.

   a. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is twenty-five (25).

   b. Depositions will be limited by Rule 30(d)(1), except the depositions of Defendant Terry Svejda, given that his testimony will be required in both his personal capacity and as an officer of Defendant Centurion Capital Management.

3)  The planning conference scheduled for August 12, 2022, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **October 14, 2022**, at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4)  The deadline for filing motions to dismiss and motions for summary judgment is **November 18, 2022**.

5)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6)  All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 25th day of March, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge