IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRY MICHAEL SVEJDA and CENTURION CAPITAL MANAGEMENT, INC.,<br><br>    Defendants. | 8:21-CV-311<br><br>ORDER |

  This matter is before the Court on the defendants' objection (filing 36) to the Magistrate Judge's order (filing 34) resolving the parties' discovery disputes. A district court may reconsider a magistrate judge's ruling on nondispositive pretrial matters only where it has been shown that the ruling is clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007).

  The Court has carefully reviewed the pleadings, the Magistrate Judge's order, and the parties' briefs, and finds that the Magistrate Judge's order was neither clearly erroneous nor contrary to law. *See id*. Accordingly,

  IT IS ORDERED that the defendants' objection (filing 36) is overruled.

  Dated this 8th day of April, 2022.

BY THE COURT:

_____
John M. Gerrard
United States District Judge