# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>　　　　**Plaintiff,**<br><br>　vs.<br><br>**TERRY MICHAEL SVEJDA, and CENTURION CAPITAL MANAGEMENT, INC.,**<br><br>　　　　**Defendants.** | **8:21CV311**<br><br>**THIRD AMENDED CASE PROGRESSION ORDER** |

　　　　This matter comes before the Court on the Stipulation to Modify Second Amended Case Progression Order (Filing No. 83). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

　　　　**IT IS ORDERED** that the Stipulation to Modify Second Amended Case Progression Order (Filing No. 83) is granted, and the second amended case progression order is amended as follows:

1) The planning conference scheduled for March 3, 2023, is cancelled. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **March 31, 2023**, at **10:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **April 7, 2023**.

   a. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is twenty-five (25).

   b. Depositions will be limited by Rule 30(d)(1), except the depositions of Defendant Terry Svejda, given that his testimony will be required in both his personal capacity and as an officer of Defendant Centurion Capital Management.

3) The deadline for filing motions to dismiss and motions for summary judgment is **June 2, 2023**.

4) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

5) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 11th day of January, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge