IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURION CAPITAL MANAGEMENT, INC., and TERRY MICHAEL SVEJDA,<br><br>Defendants. | 8:21-CV-311<br><br>ORDER |

The parties have lodged objections to the plaintiff's deposition designations, defendants' counter-designations, and defendant's "rule of completeness" designations for the depositions of Brett Oelke and Michael Thys. The Court rules as follows:

<u>Brett Oelke</u>

*Defendants' objections*

| | |
|---|---|
| All | Overruled |
| 29:15-29:18 | Overruled. 29:19-30:1 should be included. |
| 30:02-31:06 | Overruled. |
| 33:14-34:04 | Overruled. 33:1-13, 34:5-18, 40:4-22, and 42:24-43:2 should be included. |
| 47:9-48:15 | Overruled |
| 49:22-50:5 | Overruled |
| 61:25-62:14 | Overruled |
| 65:24-66:03 | Overruled |
| 67:06-67:11 | Overruled |
| 94:25-95:9 | Overruled |

*Plaintiff's objections*

| | |
|---|---|
| 71:6-17 | Overruled |
| 74:8-74:14 | Overruled |
| 88:11-88:23 | Overruled |
| 90:1-91:14 | Overruled |

| | |
|---|---|
| 92:12-93:13 | Overruled |
| 94:12-94:24 | Overruled |
| 95:10-95:16 | Overruled |
| 95:23-96:7 | Overruled |
| 108:14-108:22 | Overruled. 108:23-25 should be included. |
| 112:12-114:4 | Sustained |
| 114:5-116:13 | Sustained as to 116:1-13, otherwise overruled |
| 117:11-117:15 | Sustained |
| 118:10-118:17 | Sustained |
| 118:25-119:15 | Overruled |
| 119:21-120:12 | Overruled |
| 122:5-122:15 | Sustained |
| 122:23-124:8 | Overruled |
| 124:16-125:12 | Sustained |
| 127:21-129:9 | Overruled |

## Michael Thys

*Defendants' objections*

| | |
|---|---|
| All | Overruled |
| 51:4-14 | Overruled |
| 52:01-53:01 | Overruled |
| 58:5-10 | Overruled |
| 59:20-60:1 | Overruled |
| 60:22-62:06 | Overruled |
| 78:06-80:3 | Overruled |
| 87:3-14 | Overruled |
| 122:7-11 | Sustained |

*Plaintiff's objections*

| | |
|---|---|
| 109:18-110:19 | Sustained |
| 111:14-112:1 | Overruled |
| 113:2-113:6 | Sustained |
| 121:21-122:6 | Sustained |
| 125:17-126:2 | Sustained |
| 133:2-133:12 | Sustained |
| 137:6-138:8 | Overruled |
| 139:14-140:3 | Sustained |
| 143:5-143:11 | Sustained |
| 145:23-145:24 | Overruled |

- 2 -

IT IS SO ORDERED

Dated this 1st day of April, 2024.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge
