IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>            Plaintiff,<br><br>vs.<br><br>CENTURION CAPITAL MANAGEMENT, INC., and TERRY MICHAEL SVEJDA,<br><br>            Defendants. | 8:21-CV-311<br><br>ORDER |

The plaintiff has lodged objections to the defendants' counter-designations for the deposition of Clint Sonderman. The Court rules as follows:

| | |
|---|---|
| 114:19-116:6 | Sustained as to 115:19-116:1. Otherwise overruled. |
| 117:8-12 | Overruled |
| 118:4-121:3 | Sustained as to 118:18-119:17. Otherwise overruled. |
| 121:25-123:2 | Sustained |
| 129:17-130:24 | Overruled |
| 147:7-19 | Overruled |
| 149:23-150:12 | Overruled |
| 154:13-20 | Overruled. 154:6-12 should be included. |
| 155:7-17 | Sustained |
| 158:4-158:13 | Overruled |
| 161:2-9 | Sustained |
| 165:5-170:19 | Sustained as to 170:1-10. Otherwise overruled. |

Dated this 3rd day of April, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge