IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                Plaintiff,<br><br>vs.<br><br>CENTURION CAPITAL MANAGEMENT, INC., and TERRY MICHAEL SVEJDA,<br><br>                Defendants. | 8:21-CV-311<br><br>ORDER |

      The parties have lodged objections to the defendant's deposition designations and plaintiff's counter-designations of the following witnesses: Paul Andrews, Rodney Cappel, David Hofland, Brad Hooper, Michael Krueger, Dwight Kumm, DeLynn Sudmann, Doug Winz, Burt Lingenfelter, Jerry Ellefson, and Steven Reding. The Court rules as follows:

Paul Andrews

*Defendants' objections*
| | |
|---|---|
| 93:6-15 | Overruled |
| 97:2-6 | Sustained |
| 98:20-24 | Sustained |

*Plaintiff's objections*
| | |
|---|---|
| 123:9-123:24 | Overruled |

Rodney Cappel

*Defendants' objections*
| | |
|---|---|
| 50:21-51:08 | Overruled |
| 51:09-16 | Overruled |

*Plaintiff's objections*
| | |
|---|---|
| 67:10-68:8 | Overruled |
| 69:1-73:19 | Overruled |
| 74:15-75:9 | Overruled |

## David Hofland

*Defendants' objections*
| | |
|---|---|
| 64:02-10 | Overruled |
| 64:15-25 | Overruled |

*Plaintiff's objections*
| | |
|---|---|
| 108:20-109:10 | Overruled |
| 118:14-119:5 | Sustained |
| 119:6-120:3 | Overruled |

## Brad Hooper

*Defendants' objections*
| | |
|---|---|
| 45:17-21 | Overruled |
| 45:22-46:01 | Overruled |

## Michael Krueger

*Defendants' objections*
| | |
|---|---|
| 64:18-65:19 | Overruled |
| 69:19-70:5 | Overruled |
| 70:16-20 | Overruled |
| 71:20-72:9 | Overruled |

*Plaintiff's objections*
| | |
|---|---|
| 73:10-73:23 | Overruled |
| 74:1-74:8 | Sustained |
| 143:23-144:7 | Sustained |
| 144:16-146:24 | Sustained as to 145:3-146:8 and 146:22-24. Otherwise overruled. |
| 147:23-148:2 | Sustained |

## Dwight Kumm

*Defendants' objections*
| | |
|---|---|
| All | Overruled |
| 80:10-21 | Overruled |

*Plaintiff's objections*
| | |
|---|---|
| 152:9-152:21 | Sustained |

## DeLynn Sudmann

*Defendants' objections*
    36:19-23                 Overruled
    38:16-20                 Sustained
    68:18-22                 Overruled
    70:19-23                 Overruled

*Plaintiff's objections*
    50:19-51:5              Overruled
    58:15-59:2              Overruled
    60:8-60:17              Overruled

## Doug Winz

*Defendants' objections*
    All                         Overruled
    55:02-23                 Sustained
    69:4-9                   Sustained

## Burt Lingenfelter

*Defendants' objections*
    100:23-101:2           Overruled

## Jerry Ellefson

*Plaintiff's objections*
    20:7-20:9, 22:22-23:10   Overruled
    32:11-32:22            Overruled
    149:16-149:24          Sustained

## Steven Reding

*Plaintiff's objections*
    111:15-112:21          Sustained[1]
    113:19-113:25          Overruled
    133:6-133:17           Overruled
    139:11-19                Overruled
    139:20-140:1            Overruled
    141:13-141:19          Overruled

---

[1] The Court notes that these lines do not actually seem to have been designated by the defendant—but if they had been, the plaintiff's objection would be sustained.

IT IS SO ORDERED

Dated this 4th day of April, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge