IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURION CAPITAL MANAGEMENT, INC., and TERRY MICHAEL SVEJDA,<br><br>Defendants. | 8:21-CV-311<br><br>JUDGMENT |

Pursuant to the jury's verdict, judgment is hereby entered for the defendants and against the plaintiff.

Dated this 8th day of April, 2024.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge