IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TERRY MICHAEL SVEJDA, and CENTURION CAPITAL MANAGEMENT, INC.,<br><br>　　　　　Defendants. | 8:21CV311<br><br>**ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |

　　　　Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the parties shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

　　　　Plaintiff's exhibits from Jury Trial held April 1 – 5, 2024, April 8, 2024.

　　　　Defendants' exhibits from Jury Trial held April 1 – 5, 2024, April 8, 2024.

　　　　If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

　　　　IT IS SO ORDERED.

　　　　Dated this 21st day of January, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ John M. Gerrard
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge